JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER MORRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM FIRST, INC., D/B/A OPTIMUM FIRST MORTGAGE,<br><br>Defendant. | Case No. 8:26-cv-01650-JWH-KES<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE [ECF No. 15]** |
| DIANE ADAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM FIRST, INC., D/B/A OPTIMUM FIRST MORTGAGE,<br><br>Defendant. | Case No. 8:26-cv-01661-JWH-KES |
| ERIN GRAY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM FIRST, INC., D/B/A OPTIMUM FIRST MORTGAGE, | Case No. 8:26-cv-01672-JWH-KES |

| | |
|---|---|
| Defendant. | |
| ANDREW STINEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM FIRST, INC.,<br><br>Defendant. | Case No. 8:26-cv-01890-JWH-KES |
| PAUL HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM FIRST, INC., D/B/A OPTIMUM FIRST MORTGAGE,<br><br>Defendant. | **Case No. 8:26-cv-02299-JWH-KES** |

Before the Court is the unopposed motion of Plaintiffs Heather Morrison, Diane Adams, Erin Gray, Andrew Stinean, and Paul Hunt to consolidate their respective putative class actions. The Court concludes that this matter is appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78, L.R. 7-15. After considering the papers filed in support,[1] and in the absence of any opposition, the Court **GRANTS** the Motion.

A district court often finds it appropriate to consolidate cases when those cases include the same parties and share common questions of law and fact. *See* Fed. R. Civ. P. 42(a); *see also In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987).

Here, each of the putative class actions stems from the same alleged data breach.[2] Plaintiffs assert that Defendant Optimum First d/b/a Optimum First Mortgage does not oppose consolidation.[3] Plaintiffs contend that their actions arise from, and relate to, common questions of law and fact with respect to the same issues, involving the same Defendant.[4]

Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. Plaintiffs' Motion to consolidate [ECF No. 15] is **GRANTED**.

2. The following cases are **CONSOLIDATED** with the Lead Case *Heather Morrison v. Optimum First, Inc.*, Case No. 8:26-cv-01650:

a. *Diane Adams v. Optimum First Inc.*, Case No. 8:26-cv-01661;

b. *Erin Gray v. Optimum First, Inc.*, Case No. 8:26-cv-01672;

c. *Andrew Stinean v. Optimum First Inc.*, Case No. 8:26-cv-01890; and

---

1 Pls.' Mot. to Consolidate (the "Motion") [ECF No. 15].

2 *Id.* at 5:1-11.

3 *Id.* at 5:18.

4 *Id.* at 6:14-16.

d. *Paul Hunt v. Optimum First Inc.*, Case No. 8:26-cv-02299.

3. The parties are **DIRECTED** to make all future filings on the docket of only the Lead Case—Case No. 8:26-cv-01650.

4. The Clerk is **DIRECTED** to close administratively Case Nos. 8:26-cv-01661, 8:26-cv-01672, 8:26-cv-01890, and 8:26-cv-02299.

5. Any party may move at any time to sever any case from the Lead Case, for good cause shown.

6. Plaintiffs are **DIRECTED** to file an applications for the appointment of Interim Lead Counsel no later than October 23, 2026.

**IT IS SO ORDERED.**

Dated: October 8, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE